# Third District Court of Appeal

## State of Florida

Opinion filed March 4, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-2906
Lower Tribunal No. 13-10033
_____

**D'Andre Braddy,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ariana Fajardo, Judge.

D'Andre Braddy, in proper person.

Pamela Jo Bondi, Attorney General, for appellee.

Before SUAREZ, EMAS, and SCALES, JJ.

SUAREZ, J.

We affirm the trial court's denial of the Defendant's Florida Rule of Criminal Procedure 3.850 motion without prejudice to Defendant's direct appeal filed in this court under case number 3D14-2646.